UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,        )
                                 )    1:07-cr-40 LJO
                                 )
              Plaintiff,         )    NEW CASE NUMBER:
                                 )
     v.                          )    1:07-cr-40 OWW
                                 )
 ROBERT FELIPE JOHNSON           )
                                 )
                                 )    ORDER REASSIGNING CASE
              Defendant.         )
                                 )
_____)
```

      This matter is reassigned from the docket of United States District Judge Lawrence J. O'Neill to the docket of United States District Judge Oliver W. Wanger.

      To prevent a delay in documents being received by the correct judicial officer, the new case number should now be used on all documents.

**1:07-cr-40 OWW**

IT IS SO ORDERED.

**Dated:   May 17, 2007**　　　　　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1