1  **GALATEA DeLAPP #181581**
Attorney at Law
2  4905 N HARRISON AVENUE
FRESNO, CALIFORNIA 93704
3  PHONE (559) 803-0471
FAX (559) 961-4488
4

5  ATTORNEY FOR **ROBERT FELIPE JOHNSON**

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,      )
12            *Plaintiff*,         )   No.1:07-cr-0040 OWW
                                   )
13       v.                        )   STIPULATION TO CONTINUE STATUS
                                   )   CONFERENCE; AND ORDER THEREON
14  ROBERT FELIPE JOHNSON,         )   Date: December 10, 2008
                                   )   Time: 9:00 a.m.
15            *Defendant*.         )   Dept : Hon. Oliver W. Wanger
    _____ )

18   **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through

19  their respective attorneys of record herein, that the status conference hearing in the above

20  captioned matter now scheduled for **November 26, 2007 may be continued to December**

21  **10, 2008 at 9:00 a.m.**

22   The continuance sought is at the requests of counsel to accommodate scheduling

23  conflicts that exist with both counsel.

24   The parties agree that the delay resulting from the continuance shall be excluded in

25  the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§

26  3161(h)(8)(A)

27  //

28  //


|   |   |
|---|---|
|   | McGREGOR M. SCOTT<br>United States Attorney |
| DATED: November 19, 2007 | By  /s/ Stanley A. Boone<br>STANLEY A. BOONE<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| Dated: November 19, 2007 | /s/ GALATEA DeLAPP<br>*GALATEA  DeLAPP*<br>Attorney for **ROBERT FELIPE JOHNSON** |

**ORDER**

IT IS SO ORDERED.

**Dated:   November 20, 2007**          **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE