```
McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ROBERT FELIPE JOHNSON,<br><br>          Defendant. | 01: 07-CR-00040 OWW<br><br>ORDER DISMISSING INDICTMENT |

IT IS HEREBY ORDERED that the Indictment be dismissed, without prejudice, in the interests of justice.

IT IS SO ORDERED.

**Dated:   December 6, 2007**              /s/ Oliver W. Wanger
                                           UNITED STATES DISTRICT JUDGE

1